USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/8/22

UNITED STATES DISTRICT COURT
SOUTHERN DISCOVERY OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - x
                                  :

VIOLETTA ULJIC and SONNY VATAJ,      :    Civ. No. 7:21-cv-04408-NSR
                                  :
            Plaintiffs,          :    **ORDER**
                                   :
           -against-           :
                                   :

THE JACK FARRELLY COMPANY AND JUSTIN C.  :
DEWEY,                                     :
                                   :
           Defendants.         :
                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - x

Román, D.J.:

         Upon stipulation and agreement of the parties by their counsel, the

plaintiff's complaint is amended pursuant to FRCP 4(a)(2) *nun pro tunc* to assert a cause

of action on behalf of the plaintiff's husband Sonny Vataj for alleged loss of services,

society and consortium arising from the motor vehicle accident of February 4, 2021 and

add Sonny Vataj as a plaintiff.

Dated:   White Plains, New York
           7/8/22 , 2022

SO ORDERED.

Nelson S. Román, U.S.D.J.

**MAG. JUDGE DAVISON**

This leave
pertains to
the amended
pleading which appears
at DKt. # 22.

SO STIPULATED:

Walter F. Ciacci, Esq. (ID# 5398)
DELLA MURA & CIACCI LLP
Attorney(s) for Plaintiffs
981 Allerton Avenue
Bronx, New York 10469
Tel. No.: (718) 405-1500

Richard D. Bentzen (RDB - 1242)
CERUSSI & SPRING
Attorneys for Defendants
One North Broadway, Suite 1100
White Plains, New York 10601-2310
Tel. No. (914) 948-1200

2